860

No. 98–9912. KRATZER v. FIRST HEALTHCARE CORP. ET AL. C. A. 10th Cir. Certiorari denied. 

No. 98–9914. BRITT v. MARTIN ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–9915. BLAND v. TURNER. Ct. Civ. App. Ala. Certiorari denied. 

No. 98–9916. BROWN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. 

No. 98–9918. CARTER v. WRIGHT ET AL. C. A. 6th Cir. Certiorari denied. 

No. 98–9919. COLLINS v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9920. CUPIT v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 98–9921. CARROLL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–9923. ANDERSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9924. BRASWELL v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 98–9925. BEY ET AL. v. CITY OF NEW YORK DEPARTMENT OF CORRECTION ET AL. C. A. 2d Cir. Certiorari denied. 

No. 98–9927. SINGLETON v. UNITED STATES; and
No. 99–5900. MOORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 182 F. 3d 928.

No. 98–9929. SANAPAW ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 98–9930. HILL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.